FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

## COMPLAINT

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
APR 18 2018
ARTHUR JOHNSTON
BY ______ DEPUTY

Harper #00751
(Last Name) (Identification Number)

Reginald L
(First Name) (Middle Name)

Jackson Detention Center
(Institution)

407 East pascagoula st Jackson MS. 39201
(Address)

(Enter above the full name of the plaintiff, prisoner and address of plaintiff in this action)

V. CIVIL ACTION NUMBER: 3:18 cv 244 - HTW - LRA
(to be completed by the Court)

Tyrone Lewis sherif of Hind co
Mary Rushing Hinds co Jail Adm
ofc Mc Learin Jailer

(Enter the full name of the defendant(s) in this action)

## GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated?
Yes (✓) No ( )

B. Are you presently incarcerated?
Yes (✓) No ( )

C. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?
Yes ( ) No (✓)

D. Are you presently incarcerated for a parole or probation violation?
Yes ( ) No (✓)

E. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?
Yes ( ) No (✓)

F. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?
Yes ( ) No (✓)

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank.)

I. Name of plaintiff: Reginald L. Harper Jr Prisoner Number: #00751

Address: 407 E pascagoula street Jackson, MS 39201

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions and places of employment of any additional defendants.)

II. Defendant: Tyrone Lewis is employed as Sheriff of Hinds County at Hinds County Detention Center

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: ADDRESS:

DEFENDANT(S):

| NAME: | ADDRESS: |
|---|---|
| Nancy Rushing | Hinds Co. Detention Center |
| c/o. McLumein | Hinds Co. Detention center |
| | 1450 County farm Road |
| | Raymond MS 39154 |

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING**
**The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.**

A. Have you ever filed any lawsuits in a court of the United States? Yes ( ) No ( ✓ )

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse of this page or additional sheets of paper.)

CASE NUMBER 1.

1. Parties to the action: N/A
2. Court (if federal court, name the district; if state court, name the county): N/A
3. Docket Number: 
4. Name of judge to whom case was assigned: 
5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) N/A

CASE NUMBER 2.

1. Parties to the action: 
2. Court (if federal court, name the district; if state court, name the county): N/A
3. Docket Number: 
4. Name of judge to whom case was assigned: 
5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) N/A



## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet(s) if necessary).

Sense I was in Raymond Detetion Center I was staped by 2 inmates Terry G and solo and I was rushed to Merit Hospital on 2/21/18 and they adimited me in the Hospital for three day's they had an officer working on every shift whatching when I used the Bathroom when I pissed in the Jug and when I ate they came in and video recorded me and took my statment (see attachment sheets.)

**RELIEF**

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

Plaintiff Seeks Damages in the amount of a Hundred fifty thousand Dollars from each defendant, that ofc. McLaurin be terminated from the Hinds County detention Center, and that a plan be advised By this Court to ensure the saftey of future Inmates at this Facility,

Signed this 15 day of April, 20 18.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Reginald L Harper Jr

Signature of plaintiff

(Claim Continue)

tryed to enter my cell And it was Locked
thats when inmate Terry G and solo and another
inmate directly across from where I was house
came out and surrounded me and asked is your
name Harper and I said yes then thats when
Solo Stabed me in the Head mutiple times
and Terry G and another inmate directly across from
where I was house came out and surround ed me and
asked is your name Harper and I said yes then that;
when solo stabed me in the Head multiples times
and Terry G and another inmate I cant recal His
name started punching me so I ran down the
Stairs almost falling running for my Life and
got to the cage and officer Mc lauren approached
and told solo dark skinned inmates with tatts
on His face to Back up I was Bleeding out my
Head I told them to get cameras footage
of what Had Just Happped and they rushed
me to medical where they wiped me down
and daped the Blood up and officer coach
took pictures of my stabing and asked
why did it happen and I was crying
at the time stating I dont know why
so they Left me in the medical room
while I was still Bleeding then they
rushed me to merit Hospital and after
that they Left me in Merit Hospital for
3 days then took me back to raymond
and then they were going to take
me to medical then they said were going
to Jackson Detetion Center

(Claim Continue)

down an officers from the street and He showed me pictures of inmates that brutaly staped me and told them me that thease inmates were running from other pods cause they were scared to go to poppoulation. And in Raymond every where they put me inmates were Jelous Because of me I was getting respect Because I didnt not put in a ill manner or gang Bang issues I was Being religous. And I Had some royal come and ask me why I Had I Had tattoes on my face I Stated Because I Be man Before anything But thats my past and He told me that I needed to remove my tatts from my face and I said no And He pursued to cause me bodly Harm and strike me so I defefended my self and faught Back and my shoe got Knocked of and other inmates proceded to stop the fight and at that that time officer Mclauren came in after the fact. of the fight so they moved me to isolation for a while then they took me to medical and after that they moved me to C2 and I was over there a couple of days the same thing staying to my self cleaning up the Deck and one officer female made a remake saying I Bet you wont get up on on that table and pull your Jumpsuit in the crack of your Behind and I was stupid and did it so then the whole pod proceded Jumped on me and Beating me. so they rushed me out of C2 and took me, so they took me to medical where they call it Break Time then could not find know where else to put me so they put me Back on BB where I first Had a dispuit with inmate Terry G and Solo By that time they were already threatning to Kill me when I come out my cell so I was scared for my Life so I stayed in my cell Taking Bird Baths and Every time they would Come to my cell I had inmates saying your gone to die Harper when you come out so I Just get my food eat and go to sleep. But on 2/21/18 I came out to take a shower and I was in the shower for about 6 minutes and I came out and

Tyrone Lewis, Sheriff of Hinds Co.
Mary Rushing, Hinds Co. Jail Administrator
Ofc. McLaurin, Jailer

Damages in the amount of A Hundred fifty Thousand dollars [illegible]. [illegible] from each defendant, that officer McLaurin Be Terminated from the Hinds County detention Center. further, the plaintiff Request that [illegible] At this facility, to ensure the safety of future inmates advise A plan to prevent this type of violent behavior.